# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:18-cv-613-GCM

| | |
|---|---|
| MICHAEL EUGENE OWENS,<br><br>    Plaintiff,<br><br>v.<br><br>JOS. A. BANK CLOTHIERS, INC.,<br><br>    Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Jocelyn M. Hoffman,** filed February 25, 2019 (Doc. No. 13).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1(B), Ms. Hoffman is admitted to appear before this court *pro hac vice* on behalf of Defendant, Jos. A. Bank Clothiers, Inc..

**IT IS SO ORDERED.**

Signed: March 4, 2019

Graham C. Mullen
United States District Judge