# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00613-GCM

| | |
|---|---|
| **MICHAEL EUGENE OWENS,** | |
| Plaintiff, | |
| v. | **ORDER** |
| **JOS. A. BANK CLOTHIERS, INC.,** | |
| Defendant. | |

**THIS MATTER** is before the Court on its own Motion. The trial term previously set for March 15, 2021 is now reset to March 29, 2021.

**IT IS THEREFORE ORDERED** that jury trial in this matter is now set for March 29, 2021.

**SO ORDERED**.

Signed: November 24, 2020

Graham C. Mullen
United States District Judge